# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN MUSHOVIC,<br><br>    Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC, a Nevada Limited Liability Company, a/k/a Allegiant Travel Company, a/k/a Allegiant Airlines, DOES 1 through 100, inclusive, ROE CORPORATIONS 1 through 100 inclusive,<br><br>    Defendants. | Case No. 2:12-CV-00722-KJD-GWF<br><br>**<u>ORDER</u>** |

      Presently before the Court is Plaintiff's Motion to Remand (#8). One issue before the Court is whether Plaintiff can establish a prima facie case of discrimination by proving he was qualified to perform the requirements of his job at the time he was terminated. *Apeceche v. White Pine County*, 615 P.2d 975, 977 (Nev. 1980); *Bradley v. Harcourt, Brace and Co.*, 104 F.3d 267, 271 (9th Cir. 1996). Plaintiff asserts that on January 19, 2011, he received a First Class Medical Certificate for Airline Transport Pilot from the Federal Aviation Administration. Complaint at p. 4, ¶ 35.

///

///

1       IT IS HEREBY ORDERED that Plaintiff provide to the court a copy of the Medical
2 Certificate described in the complaint within fourteen (14) days of the entry of this order.
3       DATED this 23rd day of August 2012.

_____
Kent J. Dawson
United States District Judge